```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------------X ELECTRONICALLY FILED
                                          : DOC #:_____
MARCOS CALCANO,                           : DATE FILED: 02/24/2020
                      Plaintiff,          :
                                          :        19 Civ. 11145 (LGS)
            -against-                     :
                                          :              ORDER
INDOCHINO APPAREL (US), INC.,             :
                      Defendant.          :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 27, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the February 27, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties did not justify the extended fact discovery period in their submitted proposed case management plan and scheduling order. The parties should be aware that the Court does

not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 24, 2020
      New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**